**No. 24-60529**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF LOUISIANA; STATE OF NEBRASKA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH,

*Petitioners,*

v.

UNITED STATES DEPARTMENT OF ENERGY

*Respondent.*

**MOTION TO WITHDRAW AS COUNSEL**

James Matthew Rice, counsel for Petitioner of State of Tennessee, respectfully moves to withdraw as an attorney of record in this matter. Good cause exists for this withdrawal because Mr. Rice is departing his position at the Office of the Tennessee Attorney General and will no longer be associated with this case. The State of Tennessee will continue to be represented by Tennessee Assistant Solicitor General Virginia Adamson as counsel of record.

DATED: May 7, 2026

Respectfully submitted,

JONATHAN SKRMETTI
*Attorney General of Tennessee*

/s/ James Matthew Rice

JAMES MATTHEW RICE
*Solicitor General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
Matt.rice@ag.tn.gov

*Counsel for the State of Tennessee*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 72 words. It further complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) and Fifth Circuit Rules 27 and 32 because it was prepared using Microsoft Word in 14-point Century Schoolbook font.

May 7, 2026

/s/ James Matthew Rice
James Matthew Rice

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ James Matthew Rice
James Matthew Rice